# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J'S SMOKE SHOP,<br><br>　　　　　Defendant. | Case No. 1:23-cv-00286-ADA-SAB<br><br>ORDER GRANTING MOTION TO WITHDRAW NOTICES OF SETTLEMENT FILED IN ERROR<br><br>ORDER TO REQUEST ENTRY OF DEFAULT OR DISMISS DEFENDANT<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(ECF Nos. 6, 7, 8) |

Plaintiff GS Holistic, LLC ("Plaintiff") initiated this trademark action against Defendant J's Smoke Shop ("Defendant") on February 25, 2023. A scheduling conference is currently set for June 20, 2023. (ECF No. 3.) On June 5, 2023, the Court ordered Plaintiff to file a status report on service and readiness for the scheduling conference. (ECF No. 4.) That same day, Plaintiff filed the executed summons for Defendant, which indicates J's Smoke Shop was served on April 5, 2023. (ECF No. 5.)

On June 8, 2023, Plaintiff submitted four additional filings in succession, docketed as: (1) "Notice of Acceptance with Offer of Judgment"; (2) "Notice Regarding Status of Settlement"; (3) "Motion to Strike re: Notice of Acceptance with Offer of Judgment"; and (4) "Notice Regard[ing] Status of Service." (ECF Nos. 6, 7, 8, 9.) The three "notices" (ECF Nos. 6, 7, 9),

1

appearing to be identical, indicate J's Smoke Shop was timely served on April 16, 2023, but due to organizational oversight, Plaintiff failed to timely file the proof of service.  (Id.)  To date, Defendant J's Smoke Shop has not appeared in this action.  The motion to strike, which is titled in the caption as "Plaintiff's Notice of Withdrawal of Docket Entry 6 and Request to Strike Docket Entry 6," notes ECF No. 6, which was intended to be a notice regarding status, was incorrectly filed on the docket as a "Notice of Acceptance with Offer of Judgment," indicates Plaintiff is withdrawing that docket entry and also requests the Court strike that erroneous filing.  (ECF No. 8.)  The motion does not seek to similarly strike ECF No. 7, though it also appears to have been erroneously labeled.  Construing the instant motion as a request to withdraw both erroneously-labeled duplicate filings, the Court shall grant the requested relief and deem the incorrectly labeled filings to be withdrawn.

In addition, in light of Plaintiff's properly-labeled notice of service, it appears Defendant has failed to timely appear in this matter.[1]  Plaintiff is therefore ordered to either request entry of default and pursue default judgment or dismiss this Defendant.

Further, in light of the recent filings and procedural posture of this action, the Court shall continue the scheduling conference.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to strike, construed as a motion to withdraw the erroneously-labeled duplicate filings (ECF No. 8) is GRANTED;

2. Plaintiff's erroneously-titled identical filings (ECF Nos. 6, 7) are both DEEMED WITHDRAWN;

3. Plaintiff shall either seek default against the defaulting Defendant or move to dismiss that Defendant **within thirty (30) days** of this order;

4. The Scheduling Conference set for June 20, 2023, is continued to **August 15, 2023, at 2:00 p.m.**; and

///

---

[1] The Court does not render any determination as to the sufficiency of the service purportedly effected on Defendant J's Smoke Shop at this time.

5. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:  **June 9, 2023**

UNITED STATES MAGISTRATE JUDGE