UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC, | Case No. 2:23-cv-00286-KJM-CSK |
| Plaintiff, | ORDER FOR RESPONSE and ORDER VACATING HEARING AND |
| v. | |
| SHAIBI ABDULQAWI, et al., | |
| Defendants. | |

    Presently pending before the Court is Plaintiff GS Holistic, LLC's motion for default judgment against Defendants Shaibi Abdulqawi, individually and d/b/a J's Smoke Shop, which was filed on January 27, 2025 and which is set for hearing on March 18, 2025. (ECF Nos. 45, 46.) Under Local Rule 230(c), Defendants were required to file an opposition or statement of non-opposition to the motion no later than fourteen (14) days after the filing date of the motion, on or by February 10, 2025. Although that deadline has passed, no opposition or statement of non-opposition was filed.

    Out of an abundance of caution, and in light of the Court's desire to resolve the action on the merits, the Court will provide Defendants one additional, final opportunity to oppose the motion.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The March 18, 2025 hearing on Plaintiff's motion for default judgment is VACATED;
2. Plaintiff's request for remote appearance (ECF No. 47) is DENIED as moot;
3. Any opposition or statement of non-opposition by Defendants shall be filed within fourteen (14) days from the date of this order, and the reply brief from Plaintiff, if any, is due ten (10) days thereafter;
4. Defendants are cautioned that failure to respond to the motion in compliance with this order will be deemed as consent to a summary grant of the motion, and may result in the imposition of a default judgment against each of them;
5. Plaintiff shall promptly serve a copy of this order on each Defendant at their last-known address, and contemporaneously file a proof of service with the Court that provides the date and manner of service; and
6. After the time period for briefing is complete, the Court will take this matter under submission on the papers without oral argument, pursuant to Local Rule 230(g). The Court will reschedule a hearing at a future date, if necessary.

Dated: February 28, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, gsho0286.23